# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: oeichhorn | Date Created: 9/11/2020 |
| Case: 8−20−72840−ast | Form ID: pdf002 | Total: 25 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| tr | Marc A Pergament | mpergament@wgplaw.com |
| aty | Marc A Pergament | mpergament@wgplaw.com |
| aty | Noel Munier | nmunier@noelmunierlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Douglas M. Reda | 69 Windmill Drive    Huntington, NY 11743 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 |
| 9879335 | Alan Drezin | c/o Kaplan & Kaplan, Esqs    186 Joralemon St Ste 1202    Brooklyn, NY 11201 |
| 9879336 | Bank of America | PO Box 982238    El Paso, TX 79998−2235 |
| 9879337 | Capital One, N.A. | 7933 Preston Rd.    Plano, TX 75024 |
| 9879338 | Chase | PO Box 15123    Wilmington, DE 19850−5123 |
| 9879339 | CitiCards CBNA | 5800 South Corporate Plac    Sioux Falls, SD 57108 |
| 9879340 | Discover Fincl Svc LLC | PO Box 15316    Wilmington, DE 19850−5316 |
| 9879341 | GM Financial | PO BOX 181145    Arlington, TX 76096−1145 |
| 9879342 | Internal Revenue Service | PO Box 9019    Holtsville, NY 11742−9019 |
| 9879344 | JPMCB Card Services | PO BOX 15369    Wilmington, DE 19850 |
| 9879343 | Jasne & Florio, LLP | 30 Glenn St, Ste 103    Attn: Daniel F Florio Jr.    White Plains, NY 10603 |
| 9879345 | Kennth Reda | 500 Red Barn Trail    Matthews, NC 28104 |
| 9879346 | Nationstar Mortgage LLC | dba Mr. Cooper    800 State Hwy 121 Bypass    Lewisville, TX 75067 |
| 9879347 | TD Bank | 1040 Jericho Turnpike    Huntington Station, NY 11746 |
| 9879348 | Van Buren Trk Sales/Buick | 2257 Jericho Turnpike    New Hyde Park, NY 11040 |
| 9879349 | WellsFargo | MAC S4101−050    PO Box 29482    Phoenix, AZ 85038−9482 |
| 9879350 | Yan Xiao & Future Allianc | 1953 79th Street, Unit A2    East Elmhurst, NY 11370 |

TOTAL: 21